UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10813-GAO

GULF OIL LIMITED PARTNERSHIP,
Plaintiff,

v.

PETROLEUM MARKETING GROUP, INC.
and BP PRODUCTS NORTH AMERICA, INC.,
Defendants.

ORDER
June 9, 2017

O'TOOLE, D.J.

After review of the parties' submissions and arguments, I am not satisfied that the plaintiff has made the requisite showing to justify the extraordinary relief of a temporary restraining order. In particular, the plaintiff has not sufficiently demonstrated that any likely injury, loss, or damage is "immediate and irreparable." Fed. R. Civ. P. 65(b). Accordingly, the plaintiff's motion is DENIED in so far as it requests that a temporary restraining order be entered.

The Clerk shall set a status conference at which the parties shall appear and be prepared to discuss how to proceed, focusing particularly on the options of (1) an evidentiary hearing on the motion for a preliminary injunction, or (2) a hearing on the motion for a preliminary injunction that is consolidated with the trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge